UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZZETTE THOMAS, TIESAH ORTIZ, and JOSE ORTIZ, *individually and on behalf of the minor child* J.O.,

Plaintiffs,

– against –

PATRICIA L. MARTIN-GIBBONS, ESQ., DANA J. WILSON-HAYNES, VINOLA WILSON, CARL JOSEPH HAYNES, JUDGE ROBERT D. MULRAY, THE CHILDREN'S LAW CENTER, MARTHA SCHNEIDERMAN, THE CITY OF NEW YORK, and THE STATE OF NEW YORK,

Defendants.

**ORDER**

19 Civ. 7695 (ER)

Ramos, D.J.:

The Court is in receipt of pro se plaintiffs' letter of November 12, 2019. Doc. 67. That letter requests an extension to respond to the Court's order directing them to amend their complaint so as to name the minor child J.O. by only his initials in the complaint and to replace any use of his name and birthdate in the attached exhibits with his initials and birth year, respectively. *See* Doc. 5; Fed. R. Civ. P. 5.2(a). The request is GRANTED. The plaintiffs have until November 18, 2019 to submit their amended complaint.

The Clerk of Court is respectfully directed to mail this order and the previously issued letter endorsement of November 8, 2019, Doc. 63, to the plaintiffs.

It is SO ORDERED.

Dated: November 14, 2019
       New York, New York

_____
Edgardo Ramos, U.S.D.J.