UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZETTE THOMAS, TIESHA ORTIZ, J.O., JOSE ORTIZ,

                Plaintiffs,

– against –

PATRICIA L. MARTIN-GIBBONS, ESQ., DANA J. WILSON-HAYNES, VINOLA WILSON, CARL JOSEPH HAYNES, ROBERT D. MULRAY, *Judge (Family)*, THE CHILDREN'S LAW CENTER, *Legal Assistance*, THE CITY OF NEW YORK, THE STATE OF NEW YORK, *and* MARTHA SCHNEIDERMAN, ESQ.,

                Defendants.

**ORDER**

19 Civ. 7695 (ER)

RAMOS, D.J.:

        The Court is in receipt of the plaintiffs' letter of February 7, 2020, Doc. 91. The plaintiffs may submit their video evidence, referenced on ECF page 76 of their Complaint, Doc. 1, to the Pro Se Intake Unit. The plaintiffs are ordered to serve copies of the video on each defendant and submit an affirmation of service by March 13, 2020.

        The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiffs. The Pro Se Intake Unit is respected to accept and transmit to chambers such video evidence provided by the plaintiffs.

It is SO ORDERED.

Dated:    February 13, 2020
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.