UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUZETTE THOMAS, TIESHA ORTIZ, J.O.,
*and* JOSE ORTIZ,

                Plaintiffs,

      -against-                                19 **CIVIL** 7695 (ER)

## JUDGMENT

PATRICIA L. MARTIN-GIBBONS, ESQ.,
*Attorney*, DANA J. WILSON-HAYNES,
VINOLA WILSON, CARL JOSEPH HAYNES,
ROBERT D. MULROY, *Judge (Family)*, THE
CHILDREN'S LAW CENTER, *Legal Assistance*,
THE CITY OF NEW YORK, THE STATE OF
NEW YORK, *and* MARTHA SCHNEIDERMAN,
ESQ.

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 25, 2020, the Thomas complaint, 19cv7695 is dismissed in its entirety; The Thomas plaintiffs' state law claims are dismissed without prejudice subject to refiling in state court; All claims asserted on J.O.'s behalf are dismissed without prejudice to them being brought again if and when he is represented by counsel; All federal claims are dismissed with prejudice; In summary, all defendants' motions to dismiss are granted in their entirety; The Thomas plaintiffs may not file an amended complaint on these facts in this Court; accordingly, this case is closed.

**Dated:**  New York, New York
          August 26, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                    Clerk of Court
                                      **BY:**
                                                       Deputy Clerk